**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-02842 |
| | § | |
| ERIC L. COTTRELL | § | |
| NANCY COTTRELL | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $166,249.48 | Assets Exempt: | $95,300.00 |
| Total Distributions to Claimants: | $4,561.62 | Claims Discharged Without Payment: | $73,538.14 |
| Total Expenses of Administration: | $3,438.38 | | |

3) Total gross receipts of $8,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $8,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $203,513.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $3,438.38 | $3,438.38 | $3,438.38 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $75,871.34 | $55,182.42 | $55,182.42 | $4,561.62 |
| **Total Disbursements** | $279,384.34 | $58,620.80 | $58,620.80 | $8,000.00 |

4). This case was originally filed under chapter 7 on 01/29/2016. The case was pending for 20 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/21/2017           By:   /s/ David P. Leibowitz
                                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2011 Ford Explorer 50,000 MILES Value Per Carmax appraisal | 1129-000 | $1,045.60 |
| Chase Bank Account No. ending with 1440 | 1129-000 | $37.60 |
| Chase Bank Account No. ending with 1592 | 1129-000 | $93.60 |
| United Farm Life Insurance Term/Whole Life Insurance | 1129-000 | $33.60 |
| 1/3 ownership of 6820 W 107TH ST, WORTH IL 60482-1318 (Debtor's father's residence) | 1210-000 | $6,789.60 |
| **TOTAL GROSS RECEIPTS** | | **$8,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America | 4110-000 | $9,694.00 | $0.00 | $0.00 | $0.00 |
| | Chase Mortgage | 4110-000 | $151,864.00 | $0.00 | $0.00 | $0.00 |
| | PNC Bank | 4110-000 | $41,955.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$203,513.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,550.00 | $1,550.00 | $1,550.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $56.54 | $56.54 | $56.54 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $1,762.50 | $1,762.50 | $1,762.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $69.34 | $69.34 | $69.34 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$3,438.38** | **$3,438.38** | **$3,438.38** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**UST Form 101-7-TDR (10/1/2010)**

NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-900 | $428.00 | $472.84 | $472.84 | $39.09 |
| 2 | Quantum3 Group LLC as agent for | 7100-900 | $639.00 | $688.48 | $688.48 | $56.91 |
| 3 | Quantum3 Group LLC as agent for | 7100-900 | $311.00 | $311.83 | $311.83 | $25.78 |
| 4 | Quantum3 Group LLC as agent for | 7100-900 | $447.00 | $447.65 | $447.65 | $37.00 |
| 5 | American InfoSource LP as agent for | 7100-900 | $2,184.00 | $2,184.81 | $2,184.81 | $180.61 |
| 6 | Discover Bank | 7100-900 | $2,721.00 | $2,713.77 | $2,713.77 | $224.33 |
| 7 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $8,647.00 | $8,771.29 | $8,771.29 | $725.07 |
| 8 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $1,136.00 | $1,136.14 | $1,136.14 | $93.92 |
| 9 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $892.00 | $892.78 | $892.78 | $73.80 |
| 10 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $756.00 | $756.91 | $756.91 | $62.57 |
| 11 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $659.00 | $659.99 | $659.99 | $54.56 |
| 12 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | 7100-900 | $2,508.00 | $2,508.27 | $2,508.27 | $207.34 |
| 13 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | 7100-900 | $1,059.00 | $3,026.87 | $3,026.87 | $250.21 |
| 14 | Capital One Bank (USA), N.A. by American InfoSource LP as | 7100-900 | $1,098.00 | $1,111.79 | $1,111.79 | $91.91 |

|  |  |  | agent |  |  |  |  |
|---|---|---|---|---|---|---|---|
| 15 | American Express Bank FSB | 7100-900 |  | $2,035.00 | $2,035.90 | $2,035.90 | $168.30 |
| 16 | Capital One NA | 7100-900 |  | $991.00 | $991.28 | $991.28 | $81.94 |
| 17 | Citibank, N.A. | 7100-900 |  | $1,134.00 | $1,134.80 | $1,134.80 | $93.81 |
| 18 | Cavalry SPV I, LLC | 7100-900 |  | $1,766.00 | $1,766.37 | $1,766.37 | $146.02 |
| 19 | Numark Credit Union | 7100-000 |  | $10,089.00 | $9,928.56 | $9,928.56 | $820.74 |
| 20 | Portfolio Recovery Associates, LLC | 7100-900 |  | $7,612.00 | $7,797.11 | $7,797.11 | $644.54 |
| 21 | Portfolio Recovery Associates, LLC | 7100-900 |  | $1,095.00 | $1,095.87 | $1,095.87 | $90.59 |
| 22 | Portfolio Recovery Associates, LLC | 7100-900 |  | $2,289.00 | $2,289.40 | $2,289.40 | $189.25 |
| 23 | Portfolio Recovery Associates, LLC | 7100-900 |  | $1,846.00 | $1,846.78 | $1,846.78 | $152.66 |
| 24 | Portfolio Recovery Associates, LLC | 7100-900 |  | $612.00 | $612.93 | $612.93 | $50.67 |
|  | Advocate Christ Medical Center | 7100-000 |  | $568.14 | $0.00 | $0.00 | $0.00 |
|  | Advocate Christ Medical Center | 7100-000 |  | $367.81 | $0.00 | $0.00 | $0.00 |
|  | Advocate Christ Medical Center | 7100-000 |  | $355.80 | $0.00 | $0.00 | $0.00 |
|  | Advocate Christ Medical Center | 7100-000 |  | $59.05 | $0.00 | $0.00 | $0.00 |
|  | Advocate Christ Medical Center | 7100-000 |  | $320.54 | $0.00 | $0.00 | $0.00 |
|  | Advocate Christ Medical Center | 7100-000 |  | $595.00 | $0.00 | $0.00 | $0.00 |
|  | Bank of America | 7100-000 |  | $4,701.00 | $0.00 | $0.00 | $0.00 |
|  | Chase | 7100-000 |  | $9,633.00 | $0.00 | $0.00 | $0.00 |
|  | Chase | 7100-000 |  | $6,134.00 | $0.00 | $0.00 | $0.00 |
|  | Chase Card Services | 7100-000 |  | $17.00 | $0.00 | $0.00 | $0.00 |
|  | CMRE Financial Services | 7100-000 |  | $111.00 | $0.00 | $0.00 | $0.00 |
|  | Equifax Information Services, LLC | 7100-000 |  | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Experian Information Solutions, Inc. | 7100-000 |  | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---:|---:|---:|---:|
| Merchants Credit | 7100-000 | $55.00 | $0.00 | $0.00 | $0.00 |
| Trans Union LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $75,871.34 | $55,182.42 | $55,182.42 | $4,561.62 |

Case 16-02842    Doc 49    Filed 10/05/17    Entered 10/05/17 15:26:14    Desc Main
            Document      Page 6 of 12

**UST Form 101-7-TDR (10/1/2010)**

Case 16-02842 Doc 49 Filed 10/05/17 Entered 10/05/17 15:26:14 Desc Main
Document Page 7 of 12

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1 Exhibit 8

| Case No.: | 16-02842 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | COTTRELL, ERIC L. AND COTTRELL, NANCY | | | Date Filed (f) or Converted (c): | 01/29/2016 (f) |
| For the Period Ending: | 9/21/2017 | | | §341(a) Meeting Date: | 03/01/2016 |
| | | | | Claims Bar Date: | 10/21/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Single-family home 9330 S. 76th Avenue Hickory Hills IL 60457-0000 Cook Purchased in 2000 (Purchase Price $140,500 Value Per Zillow.com PIN#: 23-01-316-012-0000 | $178,482.00 | $0.00 | | $0.00 | FA |
| 2 | 2011 Ford Explorer 50,000 MILES Value Per Carmax appraisal | $18,000.00 | $1,288.01 | | $1,045.60 | FA |
| 3 | 2014 Ford F-150 36,700 MILES Value Per KBB, PPV | $17,736.00 | $0.00 | | $0.00 | FA |
| 4 | Used Household Goods, Furnishings, and Appliances | $1,655.00 | $0.00 | | $0.00 | FA |
| 5 | Electronics 6 year Old iPad, 2 year old iPad, Two iPhone 6 Plus (remaining balances 467.47 and 821.65) | $610.00 | $0.00 | | $0.00 | FA |
| 6 | Used Clothing | $1,500.00 | $0.00 | | $0.00 | FA |
| 7 | Jewelry | $400.00 | $0.00 | | $0.00 | FA |
| 8 | Personal Items | $100.00 | $0.00 | | $0.00 | FA |
| 9 | NuMark Credit Union Account No. ending with 000 | $264.92 | $0.00 | | $0.00 | FA |
| 10 | Chase Bank Account No. ending with 1592 | $1,617.21 | $1,273.43 | | $93.60 | FA |
| Asset Notes: | Updated per amended schedules filed 9/26/16 (dkt 27) | | | | | |
| 11 | Chase Bank Account No. ending with 1440 | $648.31 | $640.00 | | $37.60 | FA |
| Asset Notes: | Updated per amended schedules filed 9/26/16 (dkt 27) | | | | | |
| 12 | 401(K) | $51,000.00 | $0.00 | | $0.00 | FA |
| 13 | Steel Workers Pension | Unknown | $0.00 | | $0.00 | FA |
| 14 | Illinois Drivers License | $0.00 | $0.00 | | $0.00 | FA |
| 15 | Illinois Drivers License | $0.00 | $0.00 | | $0.00 | FA |
| 16 | United Home Life Insurance Term Life Insurance Spouse | $0.00 | $0.00 | | $0.00 | FA |
| 17 | United Farm Life Insurance Term/Whole Life Insurance | $0.00 | $0.00 | | $33.60 | FA |
| Asset Notes: | Requested policy documents; ascertained that cash surrender value was $582. | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit 8

| Case No.: | 16-02842 | Trustee Name: | David Leibowitz |
| Case Name: | COTTRELL, ERIC L. AND COTTRELL, NANCY | Date Filed (f) or Converted (c): | 01/29/2016 (f) |
| For the Period Ending: | 9/21/2017 | §341(a) Meeting Date: | 03/01/2016 |
| | | Claims Bar Date: | 10/21/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18 | TCPA Claims against Lane Bryant/Comenity Bank. | Unknown | $0.00 | | $0.00 | FA |
| 19 | 1/3 ownership of 6820 W 107TH ST, WORTH IL 60482-1318 (Debtor's father's residence) (u) | $44,376.09 | $0.00 | | $6,789.60 | FA |
| **Asset Notes:** | Per amended schedules filed 9/26/16 (dkt 27) 2 bdr home owned by Walter Cottrell, Donna Stack and Eric Cottrell - Secured by a reverse mortgage with Champion Mortgage | | | | | |
| 20 | Chase Checking (3861) (u) Funds in this account belong to Nancy Cottrell's mother. Nancy Cottrell is on this account for convenience only and all transactions are at the direction of her mother. | $31.48 | $31.48 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                              **Gross Value of Remaining Assets**

$316,421.01            $3,232.92                    $8,000.00                $0.00

---

**Major Activities affecting case closing:**

06/29/2017  2017 Reporting Period:
Trustee settled estate for $8,000. TFR submitted for UST review 6/28/17.

06/30/2016  2016 Reporting Period:
Assets: Non-exempt funds in bank accounts, non-exempt equity in debtors' 2011 Ford Explorer, unscheduled real property, pending TCPA claim

More information/investigation required.

**Initial Projected Date Of Final Report (TFR):** 07/15/2017    **Current Projected Date Of Final Report (TFR):**    /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

FORM 2

Page No: 1        Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-02842 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | COTTRELL, ERIC L. AND COTTRELL, NANCY | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4264 | Checking Acct #: | ******4201 |
| Co-Debtor Taxpayer ID #: | **-***4265 | Account Title: | |
| For Period Beginning: | 1/29/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/21/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/28/2017 | | COTTRELL, ERIC L. AND COTTRELL, NANCY | Global settlement for non-exempt assets | * | $8,000.00 | | $8,000.00 |
| | {2} | | Global settlement for non-exempt assets        $1,045.60 | 1129-000 | | | $8,000.00 |
| | {10} | | Global settlement for non-exempt assets        $93.60 | 1129-000 | | | $8,000.00 |
| | {11} | | Global settlement for non-exempt assets        $37.60 | 1129-000 | | | $8,000.00 |
| | {17} | | Global settlement for non-exempt assets        $33.60 | 1129-000 | | | $8,000.00 |
| | {19} | | Global settlement for non-exempt assets        $6,789.60 | 1210-000 | | | $8,000.00 |
| 08/01/2017 | 3001 | Lakelaw | Claim #: ; Amount Claimed: $69.34; Distribution Dividend: 100.00%; | 3120-000 | | $69.34 | $7,930.66 |
| 08/01/2017 | 3002 | Lakelaw | Claim #: ; Amount Claimed: $1,762.50; Distribution Dividend: 100.00%; | 3110-000 | | $1,762.50 | $6,168.16 |
| 08/01/2017 | 3003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,550.00 | $4,618.16 |
| 08/01/2017 | 3004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $56.54 | $4,561.62 |
| 08/01/2017 | 3005 | Numark Credit Union | Claim #: 19; Amount Claimed: $9,928.56; Distribution Dividend: 8.27%; | 7100-000 | | $820.74 | $3,740.88 |
| 08/01/2017 | 3006 | Quantum3 Group LLC as agent for | Claim #: 1; Amount Claimed: $472.84; Distribution Dividend: 8.27%; | 7100-900 | | $39.09 | $3,701.79 |
| 08/01/2017 | 3007 | Quantum3 Group LLC as agent for | Claim #: 2; Amount Claimed: $688.48; Distribution Dividend: 8.27%; | 7100-900 | | $56.91 | $3,644.88 |
| 08/01/2017 | 3008 | Quantum3 Group LLC as agent for | Claim #: 3; Amount Claimed: $311.83; Distribution Dividend: 8.27%; | 7100-900 | | $25.78 | $3,619.10 |
| 08/01/2017 | 3009 | Quantum3 Group LLC as agent for | Claim #: 4; Amount Claimed: $447.65; Distribution Dividend: 8.27%; | 7100-900 | | $37.00 | $3,582.10 |
| 08/01/2017 | 3010 | American InfoSource LP as agent for | Claim #: 5; Amount Claimed: $2,184.81; Distribution Dividend: 8.27%; | 7100-900 | | $180.61 | $3,401.49 |
| 08/01/2017 | 3011 | Discover Bank | Claim #: 6; Amount Claimed: $2,713.77; Distribution Dividend: 8.27%; | 7100-900 | | $224.33 | $3,177.16 |
| 08/01/2017 | 3012 | PYOD, LLC its successors and assigns as assignee | Claim #: 7; Amount Claimed: $8,771.29; Distribution Dividend: 8.27%; | 7100-900 | | $725.07 | $2,452.09 |

**SUBTOTALS**        $8,000.00        $5,547.91

FORM 2

Page No: 2     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-02842 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | COTTRELL, ERIC L. AND COTTRELL, NANCY | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4264 | | | Checking Acct #: | ******4201 |
| Co-Debtor Taxpayer ID #: | **-***4265 | | | Account Title: | |
| For Period Beginning: | 1/29/2016 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/21/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/01/2017 | 3013 | PYOD, LLC its successors and assigns as assignee | Claim #: 8; Amount Claimed: $1,136.14; Distribution Dividend: 8.27%; | 7100-900 | | $93.92 | $2,358.17 |
| 08/01/2017 | 3014 | PYOD, LLC its successors and assigns as assignee | Claim #: 9; Amount Claimed: $892.78; Distribution Dividend: 8.27%; | 7100-900 | | $73.80 | $2,284.37 |
| 08/01/2017 | 3015 | PYOD, LLC its successors and assigns as assignee | Claim #: 10; Amount Claimed: $756.91; Distribution Dividend: 8.27%; | 7100-900 | | $62.57 | $2,221.80 |
| 08/01/2017 | 3016 | PYOD, LLC its successors and assigns as assignee | Claim #: 11; Amount Claimed: $659.99; Distribution Dividend: 8.27%; | 7100-900 | | $54.56 | $2,167.24 |
| 08/01/2017 | 3017 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | Claim #: 12; Amount Claimed: $2,508.27; Distribution Dividend: 8.27%; | 7100-900 | | $207.34 | $1,959.90 |
| 08/01/2017 | 3018 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | Claim #: 13; Amount Claimed: $3,026.87; Distribution Dividend: 8.27%; | 7100-900 | | $250.21 | $1,709.69 |
| 08/01/2017 | 3019 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | Claim #: 14; Amount Claimed: $1,111.79; Distribution Dividend: 8.27%; | 7100-900 | | $91.91 | $1,617.78 |
| 08/01/2017 | 3020 | American Express Bank FSB | Claim #: 15; Amount Claimed: $2,035.90; Distribution Dividend: 8.27%; | 7100-900 | | $168.30 | $1,449.48 |
| 08/01/2017 | 3021 | Capital One NA | Claim #: 16; Amount Claimed: $991.28; Distribution Dividend: 8.27%; | 7100-900 | | $81.94 | $1,367.54 |
| 08/01/2017 | 3022 | Citibank, N.A. | Claim #: 17; Amount Claimed: $1,134.80; Distribution Dividend: 8.27%; | 7100-900 | | $93.81 | $1,273.73 |
| 08/01/2017 | 3023 | Cavalry SPV I, LLC | Claim #: 18; Amount Claimed: $1,766.37; Distribution Dividend: 8.27%; | 7100-900 | | $146.02 | $1,127.71 |
| 08/01/2017 | 3024 | Portfolio Recovery Associates, LLC | Claim #: 20; Amount Claimed: $7,797.11; Distribution Dividend: 8.27%; | 7100-900 | | $644.54 | $483.17 |
| 08/01/2017 | 3025 | Portfolio Recovery Associates, LLC | Claim #: 21; Amount Claimed: $1,095.87; Distribution Dividend: 8.27%; | 7100-900 | | $90.59 | $392.58 |
| 08/01/2017 | 3026 | Portfolio Recovery Associates, LLC | Claim #: 22; Amount Claimed: $2,289.40; Distribution Dividend: 8.27%; | 7100-900 | | $189.25 | $203.33 |
| 08/01/2017 | 3027 | Portfolio Recovery Associates, LLC | Claim #: 23; Amount Claimed: $1,846.78; Distribution Dividend: 8.27%; | 7100-900 | | $152.66 | $50.67 |

                                  **SUBTOTALS**       $0.00       $2,401.42

FORM 2

Page No: 3    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-02842 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | COTTRELL, ERIC L. AND COTTRELL, NANCY | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4264 | | Checking Acct #: | ******4201 |
| Co-Debtor Taxpayer ID #: | **-***4265 | | Account Title: | |
| For Period Beginning: | 1/29/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/21/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/01/2017 | 3028 | Portfolio Recovery Associates, LLC | Claim #: 24; Amount Claimed: $612.93; Distribution Dividend: 8.27%; | 7100-900 | | $50.67 | $0.00 |
| | | | **TOTALS:** | | $8,000.00 | $8,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $8,000.00 | $8,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $8,000.00 | $8,000.00 | |

| For the period of 1/29/2016 to 9/21/2017 | | For the entire history of the account between 02/28/2017 to 9/21/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $8,000.00 | Total Compensable Receipts: | $8,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,000.00 | Total Comp/Non Comp Receipts: | $8,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $8,000.00 | Total Compensable Disbursements: | $8,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,000.00 | Total Comp/Non Comp Disbursements: | $8,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4  Exhibit 9

| Case No. | 16-02842 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | COTTRELL, ERIC L. AND COTTRELL, NANCY | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4264 | | Checking Acct #: | ******4201 |
| Co-Debtor Taxpayer ID #: | **-***4265 | | Account Title: | |
| For Period Beginning: | 1/29/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/21/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $8,000.00 | $8,000.00 | $0.00 |

**For the period of 1/29/2016 to 9/21/2017**

| | |
|---|---|
| Total Compensable Receipts: | $8,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/29/2016 to 9/21/2017**

| | |
|---|---|
| Total Compensable Receipts: | $8,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ